In the Matter of JAMES FARRELL, Individually and on Behalf of All Others Similarly Situated, Appellant, against FRANK X. SULLIVAN et al., Constituting the Board of Transportation of the City of New York, Respondents.

Argued February 23, 1954; decided April 8, 1954.

912

*Edward Kelleher* for appellant.

*Samuel N. Caplow* and *Harold L. Warner* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.